IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00194–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY A. MARTINEZ,

    Defendant.

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **July 2, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

**ORDERED** that the deadline for filing all motions is May 25, 2007. All responses shall be filed by June 1, 2007. A hearing on the motions will be scheduled at a later date, if necessary. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing. It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Friday, **June 15, 2007**. The deadline for submitting the plea agreement and statement of facts

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>June 13, 2007</u>.

Dated: May 7, 2007